# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS JAMES HALL, <br><br> Defendant. | Case No. CR18-131-RAJ <br><br> **ORDER DENYING MOTION TO REOPEN DETENTION DECISION** |

The Court conducted a hearing on defendant's motion to reopen the detention decision the grounds. Dkt. 357. Defendant has a lengthy criminal history that includes both felony and misdemeanor convictions. His history indicates he has serious substance abuse problems as shown by his participation in the state drug sentencing alternative program, DOSA. At the hearing, the defense also indicated that defendant has mental health problems. While on state DOSA supervision, defendant allegedly committed the crimes that he is indicted for. The fact defendant has been indicted for felony charges while on supervision cuts against release.

When defendant was arrested, he had at least three outstanding warrants for his arrest. Numerous other warrants for defendant's arrest have been issued over the course of his lengthy criminal history. Defendant's failure to make court appearances indicates he is flight risk.

ORDER DENYING MOTION TO REOPEN DETENTION
DECISION - 1

For the foregoing reasons, the Court DENIES defendant's motion to reopen the detention decision. Dkt. 357. The Clerk shall provide a copy of this order to the parties and to the assigned District Judge.

DATED this 16th day of August, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO REOPEN DETENTION
DECISION - 2