The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS JAMES HALL,<br><br>　　　　　　　Defendant. | NO. CR18-0131-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL IN PART |

　　　　This matter comes before the Court on Defendant Marcus James Hall's Motion to Seal Compassionate Release Motion and Exhibits.

　　　　The Court has reviewed the motion and records in this case and finds good cause shown to permit the filing under seal of Exhibit 3 only (Defendant's medical records) due to the sensitive information contained therein. Court staff has communicated with counsel for Defendant, who represented there was no objection to the sealing of Exhibit 3 only.

　　　　IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #1463) is GRANTED IN PART. Exhibit 3 to Defendant's Motion for Compassionate Release shall remain under seal.

　　　　DATED this 21st day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION TO SEAL IN PART - 1
*UNITED STATES v. HALL*
NO. CR18-0131-RAJ