The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARCUS JAMES HALL, <br><br> Defendant. | No. CR18-131 RAJ <br><br> ORDER EXTENDING BRIEFING SCHEDULE |

The Court, having considered the agreed motion and other facts apparent from the record, GRANTS the motion to extend briefing schedule (Dkt. 1739).

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion for Early Termination of Supervision is extended to no later than March 8, 2024, any Reply is due on March 13, 2024, and the Defendant's Motion is re-noted for March 15, 2024.

DATED this 27th day of February 2024.

*/s/ Richard A. Jones*
RICHARD A. JONES
United States District Court Judge

ORDER - 1
*United States v. Hall*, CR18-131 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970