The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS HALL,<br><br>　　　　　　Defendant. | NO. 2:18-cr-00131-RAJ<br><br>ORDER TERMINATING SUPERVISED RELEASE |

　　　　The Court, having considered the motion to terminate supervised release and supporting affidavits and exhibits, hereby ORDERS that, pursuant to 18 U.S.C. § 3583(e)(1), the supervised release of the defendant MARCUS HALL is terminated.

　　　　The Court has weighed the factors outlined in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), and finds that terminating supervised release is warranted by the conduct of the defendant and the interest of justice.  The defendant has not had any violations of supervised release, and he has successfully completed the treatment programs as

ordered. Letters presented to the Court indicate that the defendant has strong community support, and his counselor has certified that he is a "low risk" to reoffend.

This order ends the defendant's obligation to report to the probation department and comply with court-ordered conditions of supervised release, but does not restore the defendant's civil rights or release him from the obligation to register as a sex offender as required by federal and/or state law.

DATED this 4th day of April, 2024.

HONORABLE RICHARD JONES
UNITED STATES DISTRICT JUDGE